## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Albert Grosz            BK NO. 22-00241

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Community Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

    Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
18 Feb 2022, 15:32:16, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322